ALBERT G. DIMMERLING, Respondent, v. ARCHIE M. ANDREWS, Individually, Appellant, Appearing Specially, etc., Impleaded with Others, Defendants.— Order denying motion to vacate the judgment and all proceedings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning and Young, JJ., concur; Jaycox, J., dissents.

JOHN STERLING DRAKE, Respondent, v. JOSEPH J. SAUL, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

ANDREW C. GELDERMAN, Respondent, v. ALBERT A. GLASSMAN, Appellant.— Order denying defendant's motion to open default reversed upon the law and the facts, and motion granted upon condition that defendant, within ten days after service of copy of order with notice of entry thereon, pay the amount of costs taxed by the plaintiff on the entry of the judgment, such judgment to stand as security. In the event of defendant failing to comply with said conditions, the order is affirmed, with ten dollars costs and disbursements. We think, as a matter of discretion, that defendant should be given an opportunity to try his case. He has paid a very large sum on account of the purchase price and claims defenses to the balance sued for. The validity of these defenses, both partial and complete, must be left for determination on the trial as they shall then be interposed. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

GEORGE L. HILTL Co., INC., Respondent, v. MARCUS BISCHOFF, Appellant.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and application granted, with ten dollars costs. Applied to the present case, there could be no waiver of arbitration before trial by the interposition of an answer. (Matter of Berkovitz v. Arbib & Houlberg, 230 N. Y. 273.) Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.